IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOSEPH BUDGET,

    Plaintiff,

v.

BARRY GOODRICH; PEGGY
A. COOPER; DEBORAH D.
MOORE; RICHARD DOE; and
JOHN DOE,

    Defendants.

CIVIL ACTION NO.: CV511-047

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff admits that, even though he is not educated in the law, his due process claim is inadequate. Plaintiff also states that Richard Doe and John Doe would be "more specifically identified in the near future". (Doc. No. 20, p. 2).

The Magistrate Judge advised Plaintiff that he had a period of sixty (60) days to inform the Court of the identities of Richard Doe and John Doe and that Plaintiff's failure to do so may result in the dismissal of these two (2) Defendants from this cause action. Plaintiff has failed to provide the Court with the names of Richard Doe and John Doe, and, accordingly, Defendants Richard Doe and John Doe are **DISMISSED** as named Defendants from this cause of action.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's due process claims are **DISMISSED**.

**SO ORDERED**, this 30 day of December, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)